# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO: 19-80145-CV-MIDDLEBROOKS/Brannon

GARY RIZZO,

    Plaintiff,

v.

COMBE INCORPORATED, et al.,

    Defendants.

_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court upon the Parties' jointly filed "Stipulation of Voluntary Dismissal Without Prejudice," dated July 2, 2019. (DE 23). The Court notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no Order of the Court is required to dismiss this action. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1) This action is **DISMISSED WITHOUT PREJUDICE**, with each party bearing that party's own fees and costs.

(2) The Clerk of Court shall **CLOSE THIS CASE.**

(3) All pending motions are **DENIED AS MOOT**.

**SIGNED** in Chambers in West Palm Beach, Florida, this 3rd day of July, 2019.

                                                    Donald M. Middlebrooks
                                                    United States District Judge

Copies to:    Counsel of Record